# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADU COJOCARU,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCK SHARP & DOHME LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 24-cv-1770-W-KSC<br><br>**ORDER RE JOINT DISCOVERY STATEMENT [Doc. No. 32]** |

On June 27, 2025, the parties filed a Joint Discovery Statement. Doc. No. 32. The issue centers on defendant's objection to plaintiff's refusal to produce responsive documents created after July 2024. *Id.* The Court concludes the issue is timely because the parties lodged a copy of the discovery request at issue, and it is not "obvious" from the initial responses that plaintiff was limiting the scope of his production. In fact, the decision to amend the responses to assert a "privacy" objection suggests this is a new issue only recently raised after defendant completed plaintiff's deposition on May 1, 2025, and plaintiff thereafter served amended discovery responses on June 2, 2025. *See* Doc. No. 32 at 2-3.

The parties will be provided leave to file a Joint Discovery Motion addressing the following issues: (1) whether producing his communications with Deanna Nguyen after July 2024 improperly invades plaintiff's privacy; (2) whether plaintiff waived his right to

object by failing to timely assert the objection in his initial response; and (3) whether any other timely raised objections support plaintiff's failure to produce the requested information.

      The deadline to file the Joint Motion is **July 25, 2025.** Defendant shall provide a first draft of the Joint Motion to plaintiff by July 8, 2025. Plaintiff shall provide a copy of the Joint Motion including plaintiff's arguments in opposition by July 18, 2025. Defendant shall serve the final version of the draft motion on plaintiff's counsel by July 22, 2025. On July 23, 2025, the parties shall meet and confer one more time. They may only file the Joint Motion if they cannot resolve these issues on their own after considering the best arguments they intend to make to the Court. The Court may issue an OSC regarding sanctions under Federal Rule of Civil Procedure 37(a)(5) if the Joint Motion suggests one party's positions are or have been unreasonable.

      **IT IS SO ORDERED.**

Dated: June 30, 2025

Hon. Karen S. Crawford
United States Magistrate Judge